WENDELL P. KEENE, Respondent, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Martin and Glennon, JJ., dissent and vote to modify by eliminating any confidential reports. The date for the examination to proceed to be fixed in the order. Settle order on notice.

MARY LILLIAN SCHAPIRO, Respondent, v. JACOB S. SCHAPIRO, Appellant.— Order modified so as to make the reduced payment effective as of October 8, 1933, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

ABRAHAM GIVATOWSKY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Defendant, Impleaded with RUSSO-ASIATIC BANK, Also Known as BANQUE RUSSO-ASIATIQUE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

ABRAHAM GIVATOWSKY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Defendant, Impleaded with RUSSO-ASIATIC BANK, Also Known as BANQUE RUSSO-ASIATIQUE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

In the Matter of HERBERT M. SINGER, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermeyer, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of CLIFFOYD MANUFACTURING COMPANY, v. B. LINDNER & BRO., INC.— Motion for leave to appeal to the Court of Appeals and for extension of time to answer the complaint granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EMIL P. MATTHIESSEN and Others v. ORCHIDWOOD, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and Merrell, J., dissent.

MANUFACTURERS TRUST COMPANY v. WILLIAM B. STEINHARDT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

ROBERT O'CONNOR, an Infant, by ARTHUR O'CONNOR, His Guardian ad Litem, and ARTHUR O'CONNOR v. KULERBAN HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted in so far as to stay collection of the judgment herein until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GENNARO MILANESE v. LEXINGTON SURETY AND INDEMNITY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HOWARD A. BAUGH v. JOHN PIERPONT MORGAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon